## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REVOKING DEFENDANT'S** |
| | ) | **PRE-SENTENCE RELEASE** |
| vs. | ) | |
| | ) | |
| Troy Trottier, | ) | Case No.: 4:09-cr-079 |
| | ) | |
| Defendant. | ) | |

___

On March 6, 2006, the court conducted a hearing on the Petition for Revocation of Pre-Sentence Release. AUSA David Hagler appeared on the Government's behalf. Attorney Richard Thomas appeared on the defendant's behalf.

Defendant did not contest the alleged violations of pre-sentence release that were contained in the petition. Accordingly, for the reasons articulated on the record, the court **ORDERS** that the defendant's pre-sentence release be revoked and that he be detained pending sentencing. The court **FURTHER ORDERS** that, pending sentencing, the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 14th day of June, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge